United States District Court
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  LAURA E. CARRASCO,                          No. C-04-2395 CRB  (MEJ)
10         Plaintiff,
                                               NOTICE OF REFERENCE
11     vs.
12 SAN RAMON VALLEY UNIFIED,
13         Defendant.
                                    /
14
15
16 TO ALL PARTIES AND COUNSEL OF RECORD:

17     The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes of
18 discovery.  Please be advised that if a specific motion was filed before the district court <u>prior to this</u>
19 <u>referral</u>, the noticed date will no longer be in effect.  Rather, the parties shall comply with Judge James'
20 Standing Order Regarding Discovery and Dispute Procedures, a copy of which may be obtained from the
21 Northern District of California's website at http://www.cand.uscourts.gov/
22 From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

23     Counsel are advised that in regard to any pending discovery disputes, they must comply with Judge
24 James' standing order and meet and confer in person.  If the parties are unable to resolve their dispute after
25 the meet and confer session, they shall file a joint meet and confer letter.  Upon careful review of the
26 parties' letter, the Court will either order further briefing, oral argument, or deem the matter submitted on
27 the papers.

28     Further, when filing papers that require the Court to take any action (e.g. motions, meet and confer

1 letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with
2 chambers a printed copy of the papers by the close of the next court day following the day the papers are
3 filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the
4 Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing
5 Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has
6 already been filed electronically.  **Any proposed orders must also be emailed to:**
7 **mejpo@cand.uscourts.gov**

8 Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any
9 questions.

11 **IT IS SO ORDERED**.

Dated:  August 8, 2005

MARIA-ELENA JAMES
United States Magistrate Judge

2