JOHN HOUSTON SCOTT SBN 72578
LIZABETH N. de VRIES SBN 227215
THE SCOTT LAW FIRM
1375 Sutter, Suite 222
San Francisco, California 94109
Telephone:    (415) 561-9600
Facsimile:     (415) 561-9609

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA E. CARRASCO,<br><br>Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C04 2395 CRB (MEJ)<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE MOTION TO COMPEL DISCOVERY<br><br>DATE: September 15, 2005<br>TIME: 10:00 a.m.<br>DEPT: Magistrate Judge Maria-Elena James<br>450 Golden Gate, 15th Flr, Courtroom B<br>San Francisco |

**RECITALS**

Plaintiff, Laura Carrasco, has engaged in a meet and confer process with counsel for the San Ramon Valley Unified School District since the filing of her Motion to Compel. The District has produced documents responsive to her request and described in a subsequent letter the good faith efforts that were exercised to discover all responsive documents.

1

STIPULATION AND [PROPOSED] ORDER TO VACATE MOTION TO COMPEL DISCOVERY

## STIPULATION

It is hereby stipulated by and between counsel that the Motion to Compel Discovery in the above-captioned matter, set for September 15, 2005 at 10:00 a.m. is hereby vacated.

Dated: August 25, 2005                    THE SCOTT LAW FIRM

By: *Lizabeth deVries*
LIZABETH N. DE VRIES

DATED: : _____           STUBBS & LEONE

By:_____
LOUIS A. LEONE
Attorney for Defendants

## ORDER

For good cause appearing, it is so ordered.

DATED:_____
HON. MARIA-ELENA JAMES
~~JUDGE OF THE UNITED STATES DISTRICT COURT~~
UNITED STATES MAGISTRATE JUDGE

F:\Cases\Cases - Active\Carrasco, Laura\Pleadings\Motion to Compel\Stip & Prop Order Drop DIscovery Motion.wpd

2

STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE MOTION TO COMPEL DISCOVERY

## STIPULATION

It is hereby stipulated by and between counsel that the Motion to Compel Discovery in the above-captioned matter, set for September 15, 2005 at 10:00 a.m. is hereby vacated.

Dated: August 25, 2005          THE SCOTT LAW FIRM

By: _____
LIZABETH N. DE VRIES

DATED: 8/29/05          STUBBS & LEONE

By: _____
~~LOUIS A. LEONE~~ PATRICIA J. PARKER (#155013)
Attorney for Defendants

## ORDER

For good cause appearing, it is so ordered.

DATED: September 14, 2005

_____
HON. MARIA-ELENA JAMES
~~JUDGE OF THE UNITED STATES DISTRICT COURT~~
UNITED STATES MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Signature stamp: Judge Maria-Elena James]

F:\Cases\Cases - Active\Carrasco, Laura\Pleadings\Motion to Compel\St...

2

STIPULATION AND ~~[PROPOSED]~~ ORDER TO VACATE MOTION TO COMPEL DISCOVERY